### SQUIRE FORD v. THE STATE.

#### No. 3607. Decided June 16, 1915.

**Assault to Murder—Verdict—Sentence.**

Where defendant was convicted of assault with intent to murder, and his punishment assessed by the verdict of the jury at two years in the penitentiary, and the court pronounced sentence on defendant for not less than two nor more than five years, the sentence must be reformed, as the punishment can not exceed the amount fixed by the jury.

Appeal from the Criminal District Court of Harris. Tried below before the Hon. C. W. Robinson.

. Appeal from a conviction of assault with intent to murder; penalty, not less than two nor more than five years confinement in the penitiary.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of assault to murder, his punishment being assessed at two years confinement in the penitentiary.

In the absence of statement of facts and bills of exception there is nothing presented in the motion for new trial that can be reviewed.

The verdict of the jury was for two years. The court pronounced sentence on appellant for not less than two nor more than five years. This the court could not do under the indeterminate sentence law. The punishment can not exceed the amount of punishment fixed by the jury. If it was in excess of the minimum punishment, then under the indeterminate sentence law the sentence should not be in excess of that fixed by the jury nor less than the minimum punishment. With this correction the judgment will be affirmed.

*Reformed and affirmed.*